UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CATHERINE REEVES FERACI,

    Petitioner,

v.                                        Case No. 3:13cv15/MCR/EMT

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 31, 2013 (doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Amended Petition for Writ of Habeas Corpus (doc. 4) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 3rd day of February, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**